UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ROBERT DAVID CONNER,

    Petitioner,

    v.      CAUSE NO. 3:24-CV-947-TLS-JEM

WARDEN,

    Respondent.

**OPINION AND ORDER**

Robert David Conner, a prisoner without a lawyer, filed a habeas corpus petition challenging the prison disciplinary hearing (NCF-24-3-495) at the Westville Correctional Facility in which a disciplinary hearing officer (DHO) found him guilty of habitually violating rules in violation of Indiana Department of Correction Offense 200. According to the petition, he was sanctioned with a loss of thirty days earned credit time.

In the pending motion to dismiss, the Warden argues that this case is moot because the hearing officer suspended the loss of earned credit time sanction, and it can no longer be imposed. The Warden supports this argument with the hearing report and credit time calculation printouts from the departmental inmate database. ECF Nos. 5-7, 5-8. Consequently, the court finds that the claims raised in the petition are moot. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement). Because the claims in the petition are moot, the court grants the motion and dismisses the habeas petition.

If Conner wants to appeal this decision, he does not need a certificate of appealability because he is challenging a prison disciplinary proceeding. *See Evans v. Circuit Court*, 569 F.3d

665, 666 (7th Cir. 2009). However, he may not proceed in forma pauperis on appeal because the Court finds that an appeal pursuant to 28 U.S.C. § 1915(a)(3) that an appeal in this case could not be taken in good faith.

For these reasons, the Court:

(1) GRANTS the motion to dismiss [ECF No. 5];

(2) DIRECTS the Clerk of Court to enter judgment and to close this case; and

(3) DENIES Robert David Conner leave to proceed in forma pauperis on appeal.

SO ORDERED on February 18, 2025.

                                      s/ Theresa L. Springmann
                                      JUDGE THERESA L. SPRINGMANN
                                      UNITED STATES DISTRICT COURT